HERBERT S. SISSON, as State Commissioner of Excise of the State of New York, Respondent, v. WILLIAM TODD, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

KAREN POULSEN, Appellant, v. EIBE MANGELS, Respondent, Impleaded with Another. HENRY POULSEN, Appellant, v. EIBE MANGELS, Respondent, Impleaded with Another.— Judgments reversed and new trials ordered, with costs to appellants to abide event, on the ground that the question of contributory negligence was a question of fact for the jury. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

NELLIE I. COMERFORD, Respondent, v. SAMUEL J. BLOOMINGDALE and Others, Doing Business under the Trade and Style Name of BLOOMINGDALE BROTHERS, Appellants. MICHAEL S. COMERFORD, Respondent, v. SAMUEL J. BLOOMINGDALE and Others, Doing Business under the Trade and Style Name of BLOOMINGDALE BROTHERS, Appellants.— Judgments and orders affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.; Clarke, P. J., and Dowling, J., dissented.

IDA LEVINSON, Appellant, v. EMMA MAYER, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

WILLIAM GRANFIELD, as Administrator, etc., Respondent, v. GEORGE C. TAYLOR, as President of AMERICAN EXPRESS COMPANY, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to the sum of $12,000; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Order to be settled on notice. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

SAMUEL BORCHARDT, Appellant, v. RAYMOND CONSTRUCTION COMPANY, INC., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

THE BROOKFIELD CONSTRUCTION COMPANY, INC., Respondent, v. FRANK R. CORDLEY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MORRIS ROTHMAN, Defendant, Impleaded with MORRIS ROSE, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.; Dowling, J., dissented.